# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON, EC4N 8NH

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

(212) 294-6700

FACSIMILE (212) 294-4700

www.winston.com

633 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA

1700 K STREET, N.W.
WASHINGTON, D.C.

ERIC M. NELSON
(212) 294-2648
emnelson@winston.com

July 14, 2005

**VIA FACSIMILE**

Honorable Marilyn Dolan Go
United States Magistrate Judge
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York  11201

Re:  In re Luxottica Group S.p.A. Securities Litigation,
     No. 01 Civ. 3285 (JBW) (MDG)

Dear Judge Go:

Further to David Wales' letter to Your Honor of last evening, Mr. Wales and I have conferred with regard to Judge Weinstein's Order endorsed on my letter of July 11, 2005, and jointly submit this letter on behalf of our respective clients. We understand and agree that the October 31 trial date remains fixed, and share Judge Weinstein's desire to bring this case to a prompt conclusion.

To that end, Mr. Wales and I have had further settlement discussions and have agreed to participate in a mediation before an outside mediator on mutually convenient dates between July 27 and August 5. Our agreement is contingent on the following change in the dispositive motion briefing schedule: motions to be filed no later than August 5; opposition papers to be filed no later than August 29; and, reply papers to be filed no later than September 16. Expert depositions will proceed and we expect that they will be concluded by July 31.

The agreed upon change in the dispositive motion schedule will afford both sides an opportunity to immediately focus time and attention on resolving this case. If this change cannot be accommodated by the Court, the parties will be unable to proceed with the mediation as planned, and will not likely be able to resolve by agreement the issues raised in our recent submission of letters to Judge Weinstein that have been referred to Your Honor for resolution.

---

*Handwritten annotations:*

Parties: Magistrate Judge to proceed promptly with ct [certain] procedures.

Approved delay as proposed. Argument of motion on September 23, 2005 at 10:00 AM

So ordered
7/14/05

**WINSTON & STRAWN** LLP

Honorable Marilyn Dolan Go
July 14, 2005
Page 2

      As Mr. Wales and I hope to resolve this matter promptly, we will make ourselves available for telephone conference any time today to address any questions or concerns Your Honor may have regarding the proposed scheduling change.

      Respectfully,

      *Eric M. Nelson* (signature)

      Eric M. Nelson

cc:    Honorable Jack B. Weinstein
       David Wales, Esq.